# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Lycurgan, Inc.

                              Plaintiff,

V.

Jones

                             Defendant.

Case No. 14cv01679-IAH-JLB

REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re: "Low-Numbered Case No.: 14cv01424-JLS-BGS

Title: Lycurgan, Inc. v. Ares Armor et al

Nature of Case: 440 Civil Rights: Other

The above "low-numbered" case and the present case appear:

- ☒ (1) to arise from the same or substantially identical transactions, happenings or events; or
- ☒ (2) involve the same or substantially the same parties or property; or
- ☒ (3) involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or
- ☒ (4) call for determination of the same or substantially identical questions of law; or
- ☒ (5) where a case is refiled within one year of having previously been terminated by the Court; or
- ☒ (6) for other reasons would entail unnecessay duplication of labor if heard by different judges.

**New Case #:** 14cv01679-JLS-BGS

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated: 7/17/14      By: s/ K. Sellars

                                                                                                            , Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated: 7/18/14

                                                      Janis L. Sammartino
                                                      United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Janis L. Sammartino and Magistrate Judge Bernard G. Skomal for all further proceedings.

Dated: 7-21-14

                                                      John A. Houston
                                                    United States District Judge