| | |
|---|---|
| Scott A. McMillan, CBN 212506<br>Michelle D. Volk, SBN 217151<br>Sean E. Smith, SBN 288973<br>**The McMillan Law Firm, APC**<br>4670 Nebo Drive, Suite 200<br>La Mesa, CA 91941-5230<br>(619) 464-1500 x 14<br><br>Attorneys for Plaintiff,<br>Lycurgan, Inc. | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC., a California corporation, d/b/a Ares Armor,<br><br>    Plaintiff,<br><br>vs.<br><br>TODD JONES, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives.<br><br>    Defendant. | CASE NO. 14CV1679 JAH JLB<br><br>**NOTICE OF PARTIES WITH FINANCIAL INTEREST** |

TO THE COURT AND ALL INTERESTED PARTIES:

///

///

| | |
|---|---|
| 1 | In accordance with Federal Rule of Civil Procedure 7.1 and S.D. Cal. Civil Local Rule 40.2, Plaintif Lycurgan, Inc., a California corporation, states that it has no parent corporation and that there is no publicly held corporation that owns 10% or more of the stock of Lycurgan, Inc. |

Respectfully submitted,

The McMillan Law Firm, APC

/s/ Michelle D. Volk

Dated: September 19, 2014

Michelle D. Volk
Attorneys for Plaintiff
Lycurgan, Inc. d/b/a Ares Armor
Plaintiff

CERTIFICATE OF SERVICE

I, Scott A. McMillan, declare:

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 4670 Nebo Drive, Suite 200, La Mesa, CA 91941-5230.

On September 19, 2014, I placed the foregoing:

**NOTICE OF PARTIES WITH FINANCIAL INTEREST**,

along with this Certificate of Service, in envelope, addressed as follows:

B. Todd Jones, Director of BATFE
99 New York Avenue, NE
Washington, DC 20226

I then sealed such envelope. I affixed the requisite postage for Express Mail, and deposited said envelope in the United States Mail.

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was signed in accordance with 28 U.S.C. § 1746, at the City of La Mesa, County of San Diego, State of California.

/s/Michelle D. Volk

_____

Michelle D. Volk