LAURA E DUFFY
United States Attorney
DANIEL E. BUTCHER
Assistant U.S. Attorney
California Bar No. 144624
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7696
Fax: (619) 546-7751
Email: Daniel.Butcher@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. dba ARES ARMOR, <br><br> Plaintiff <br><br> v. <br><br> B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10, <br><br> Defendants. | Case No.: 14CV1679 JLS (BGS) <br><br> NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT <br><br> DATE: November 6, 2014 <br> TIME:   1:30 p.m. <br><br> Hon. Janis L. Sammartino |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 6, 2014, at 1:30 p.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Janis L. Sammartino, Defendant, through its attorneys of record, Laura E. Duffy, United States Attorney, and Daniel E. Butcher, Assistant U.S. Attorney, will and hereby does move this Court to dismiss the Plaintiff's complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  A memorandum in support of this motion is attached.

| | | |
|---|---|---|
| 1 | DATED:   September 22, 2014 | Respectfully submitted, |
| 2 | | |
| 3 | | LAURA E. DUFFY<br>United States Attorney |
| 4 | | |
| 5 | |  s/ Daniel E. Butcher<br>DANIEL E. BUTCHER<br>Assistant United States Attorney |
| 6 | | Attorneys for Defendant |