UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. dba ARES ARMOR,<br><br>Plaintiff<br><br>v.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10,<br><br>Defendants. | Case No.: 14CV1679 JLS (BGS)<br><br>PROOF OF SERVICE |

I, Daniel E. Butcher, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA. 92101-8893.

I am not a party to the above-entitled action. I have caused service of

OPPOSITION TO PLAINTIFF'S EMERGENCY APPLICATION FOR EXPEDITED RULE 34 INSPECTION AND TO CONTINUE HEARING DATE

on the following parties by:

■   ECF--Electronic Notice/Service :

Alan Beck, Esq.
Scott McMillan, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:   October 15, 2014          /s Daniel E. Butcher_____
                                   Daniel E. Butcher