# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. DBA ARES ARMOR,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>B. TODD JONES in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1–10,<br><br>　　　　　　　Defendants. | CASE NO. 14-CV-1679 JLS (BGS)<br><br>**ORDER *SUA SPONTE* CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>(ECF No. 7) |

Presently before the Court is Defendant B. Todd Jones' Motion to Dismiss. (ECF No. 7.) On its own motion, the Court **HEREBY CONTINUES** the hearing on the Motion to Dismiss presently scheduled for November 6, 2014 to Friday, December 12, 2014 at 2:30pm. Defendant, if he wishes, shall still file his reply by October 30, 2014.

**IT IS SO ORDERED**.

DATED: October 29, 2014

　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　Honorable Janis L. Sammartino
　　　　　　　　　　　　　　　　　United States District Judge