UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. dba ARES ARMOR,<br><br>        Plaintiff<br><br>   v.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10,<br><br>        Defendants. | Case No.: 14CV1679 JLS (BGS)<br><br>PROOF OF SERVICE |

   I, Daniel E. Butcher, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, CA. 92101-8893.

   I am not a party to the above-entitled action.  I have caused service of

REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

on the following parties by:

■    ECF--Electronic Notice/Service :

Alan Beck, Esq.
Scott McMillan, Esq.

   I declare under penalty of perjury that the foregoing is true and correct.

DATED:    October 30, 2014                    /s Daniel E. Butcher_____
                                              Daniel E. Butcher