# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. DBA ARES ARMOR,<br><br>           Plaintiff,<br><br>    vs.<br><br>B. TODD JONES in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1–10,<br><br>           Defendants. | CASE NO. 14-CV-1679 JLS (BGS)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 7) |

Presently before the Court is Defendant B. Todd Jones' Motion to Dismiss. (ECF No. 7.) The Court **HEREBY VACATES** the motion hearing set for December 12, 2014 and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

DATED: December 5, 2014

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge