1  LAURA E DUFFY
   United States Attorney
2  DANIEL E. BUTCHER
   Assistant U.S. Attorney
3  California Bar No. 144624
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, CA 92101
5  Tel: (619) 546-7696
   Fax: (619) 546-7751
6  Email: Daniel.Butcher@usdoj.gov

7  Attorneys for the United States

8                UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | LYCURGAN INC. dba ARES ARMOR, | Case No.: 14CV1679 JLS (BGS) |
|----|----|----|
| 12 | Plaintiff | DECLARATION OF DANIEL E. BUTCHER REGARDING PENDING MOTION TO DISMISS COMPLAINT |
| 13 | v. | |
| 14 | B. TODD JONES, in his official capacity as Head of the San Diego Bureau of | DATE:  Under Submission |
| 15 | Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10, | Hon. Janis L. Sammartino |
| 16 | Defendants. | |
| 17 | | |

18

19  **I, Daniel E. Butcher, declare as follows:**

20      1. I am an Assistant United States Attorney for the Southern District of

21          California and represent Defendants in the above-referenced case.

22      2. I submit this declaration to update the Court on recent developments in

23          connection with Defendant's pending motion to dismiss.

24      3. The United States Attorney's Office for the Eastern District of California

25          has informed this office that the EP80 lower receivers seized from

26          Plaintiff are no longer needed in connection with their criminal

27          investigation.

28

4. The Bureau of Alcohol, Tobacco, Firearms, and Explosives is presently evaluating whether and how to return the seized EP80 lower receivers to Plaintiff.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: December 16, 2014

DANIEL E. BUTCHER

2

*14cv1679*