Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
Sean E. Smith, SBN 288973
**The McMillan Law Firm, APC**
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500 x 14
Fax. 206-600-5095

Attorneys for Plaintiff,
Lycurgan, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC. d/b/a ARES ARMOR,<br><br>                      Plaintiff,<br>v.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10,<br>                      Defendants. | CASE NO. 14-CV-1679 JLS (BGS)<br><br>DECLARATION OF SCOTT A. MCMILLAN REGARDING DECLARATION OF DANIEL E. BUTCHER OF DECEMBER 16, 2014.<br><br>Judge: Hon. Janis L. Sammartino<br>Dept.: 4A<br>Date:      UNDER SUBMISSION |

### DECLARATION OF SCOTT A. MCMILLAN

I, Scott A. McMillan, declare:

     1. I am Plaintiff Lycurgan's lawyer in the above captioned case. If called before this court, I could and would testify competently to the following from my own personal knowledge:

     2. Since the U.S. Attorney's for the Eastern District of California does not need the EP80 unfinished lower receivers seized from Lycurgan, on behalf of my client – I respectfully request that those be released immediately. There are Eight "shopping days" until Christmas.

3. Lycurgan could sell those EP80 unfinisher receivers and mitigate its damages.

I declare under the penalty of perjury according to the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 16, 2014, in the City of La Mesa, County of San Diego, State of California.

/s/ Scott A. McMillan

_____

Scott A. McMillan
Attorneys for Lycurgan, Inc.
Plaintiff

14-cv-1679 JLS (BGS)

DECLARATION OF SCOTT A. MCMILLAN REGARDING DECLARATION OF DANIEL E. BUTCHER OF DECEMBER 16, 2014.

2