Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
Sean E. Smith, SBN 288973
**The McMillan Law Firm, APC**
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500 x 14
Fax. 206-600-5095

Attorneys for Plaintiff,
Lycurgan, Inc.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC. d/b/a ARES ARMOR,<br><br>Plaintiff,<br>v.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10,<br>Defendants. | CASE NO. 14-CV-1679 JLS (BGS)<br><br>CERTIFICATE OF SERVICE<br><br>Judge: Hon. Janis L. Sammartino<br>Dept.: 4A<br>Date: UNDER SUBMISSION<br>Time: |

I, Scott A. McMillan, am a citizen of the United States, am over the age of eighteen, and not a party to the above entitled action. My business address is 4670 Nebo Drive, Suite 200, La Mesa, CA 91941-5230. I have caused service of the following documents:

• DECLARATION OF SCOTT A. MCMILLAN REGARDING DECLARATION OF DANIEL E. BUTCHER OF DECEMBER 16, 2014.

By Electronic Court Service, upon:

**U S Attorney CV** Efile.dkt.civ@usdoj.gov

**Daniel Everett Butcher** Daniel.Butcher@usdoj.gov, efile.dkt.civ@usdoj.gov, yvette.macias@usdoj.gov

I declare under the penalty of perjury that the foregoing is true and correct

1  and that this declaration was executed on the date set forth below.

2                                   The McMillan Law Firm, APC

3  Dated: December 16, 2014

4                                   /s/ Scott A. McMillan

                                 _____

Scott A. McMillan
Attorneys for Plaintiff
Lycurgan, Inc.