

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Lycurgan, Inc.

                             **Plaintiff,**

V.

Jones

                            **Defendant.**

Civil Action No.   14cv1679-JLS(BGS)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Court grants Defendant's motion to dismiss, and dismisses Plaintiff's claim without prejudice.

Date:   12/17/14

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  J. Ortiz

J. Ortiz, Deputy