Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
Sean E. Smith, SBN 288973
**The McMillan Law Firm, APC**
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500 x 14
Fax. 206-600-5095

Attorneys for Plaintiff,
Lycurgan, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC. d/b/a ARES ARMOR,<br><br>                        Plaintiff,<br>    v.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10,<br>                        Defendants. | CASE NO. 14-CV-1679 JLS (BGS)<br><br>CERTIFICATE OF SERVICE<br><br>Judge: Hon. Janis L. Sammartino<br>Dept.: 4A<br>Date: March 5, 2015<br>Time: 1:30 P.M. |

I, Michelle D. Volk, am a citizen of the United States, am over the age of eighteen, and not a party to the above entitled action. My business address is 4670 Nebo Drive, Suite 200, La Mesa, CA 91941-5230. I have caused service of the following documents:

- **PLAINTIFF LYCURGAN, INC.'S NOTICE OF MOTION AND MOTION FOR NEW TRIAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 59(a)**
- **DECLARATION OF SCOTT A. McMILLAN IN SUPPORT OF PLAINTIFF LYCURGAN, INC.'S MOTION FOR NEW TRIAL**

By Electronic Court Service, upon:

**U S Attorney CV** Efile.dkt.civ@usdoj.gov

**Daniel Everett Butcher** Daniel.Butcher@usdoj.gov, efile.dkt.civ@usdoj.gov, yvette.macias@usdoj.gov

    I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed on the date set forth below.

                                                        The McMillan Law Firm, APC

Dated: January 14, 2015

                                                        /s/ Michelle D. Volk

                                                        _____

                                                        Michelle D. Volk
                                                        Attorney for Plaintiff
                                                        Lycurgan, Inc.