Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
Sean E. Smith, SBN 288973
**The McMillan Law Firm, APC**
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500 x 14
Fax. 206-600-5095

Attorneys for Plaintiff,
Lycurgan, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC. d/b/a ARES ARMOR,<br><br>              Plaintiff,<br>   v.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10,<br>              Defendants. | CASE NO. 14-CV-1679 JLS (BGS)<br><br>NOTICE OF APPEARANCE OF COUNSEL FOR PETITIONER, LYCURGAN, INC.<br><br>Judge: Hon. Janis L. Sammartino<br>Dept.: 4A |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Michelle D. Volk, an associate of The McMillan Law Firm, APC, hereby appears in this matter on behalf of Petitioner, Lycurgan, Inc. Ms. Volk's contact information is as follows:

>Michelle D. Volk
>The McMillan Law Firm, APC
>4670 Nebo Dr., Suite 200
>La Mesa, CA 91941-5230
>Tel. 619-464-1500, ext. 13
>Fax. 206-600-5095
>Email: mvolk4670@gmail.com

Request is hereby made that Petitioner receive notices through both of its counsel, Scott A. McMillan and Michelle D. Volk at the email addresses provided above.

Respectfully submitted,

Dated: January 14, 2015         THE MCMILLAN LAW FIRM, A.P.C.


BY: /s/   Michelle D. Volk
      Michelle D. Volk
      Attorney for Petitioner, Lycurgan, Inc.

---

*14-cv-1679 JLS (BGS)*  NOTICE OF APPEARANCE OF COUNSEL FOR PETITIONER, LYCURGAN, INC.   2

## PROOF OF SERVICE

I, Michelle D. Volk, am a citizen of the United States, am over the age of eighteen, and not a party to the above entitled action. My business address is 4670 Nebo Drive, Suite 200, La Mesa, CA 91941-5230. I have caused service of the following documents:

- NOTICE OF APPEARANCE OF COUNSEL FOR PETITIONER, LYCURGAN, INC.

By Electronic Court Service, upon:

**U S Attorney CV** Efile.dkt.civ@usdoj.gov

**Daniel Everett Butcher** Daniel.Butcher@usdoj.gov, efile.dkt.civ@usdoj.gov, yvette.macias@usdoj.gov

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed on the date set forth below.

Dated: January 14, 2015

/s/ Michelle D. Volk

_____
Michelle D. Volk