# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. DBA ARES ARMOR,<br><br>Plaintiff,<br><br>vs.<br><br>B. TODD JONES in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1–10,<br><br>Defendants. | CASE NO. 14-CV-1679 JLS (BGS)<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>(ECF No. 21) |

Presently before the Court is Plaintiff Lycurgan, Inc.'s Motion for New Trial Pursuant to Federal Rule of Civil Procedure 59(a). A hearing on the Motion is currently scheduled for <u>March 5, 2015</u>. Defendant shall file an opposition <u>on or before February 12, 2015</u>. Plaintiff shall file a reply, if any, <u>on or before February 19, 2015</u>.

**IT IS SO ORDERED.**

DATED: January 20, 2015

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge

- 1 -