| | |
|---|---|
| Scott A. McMillan, CBN 212506<br>Michelle D. Volk, SBN 217151<br>Sean E. Smith, SBN 288973<br>**The McMillan Law Firm, APC**<br>4670 Nebo Drive, Suite 200<br>La Mesa, CA 91941-5230<br>(619) 464-1500 x 14<br><br>Attorneys for Plaintiff,<br>Lycurgan, Inc. | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC., a California corporation, d/b/a Ares Armor,<br><br>Plaintiff,<br><br>vs.<br><br>TODD JONES, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives.<br><br>Defendant. | CASE NO. 14cv1679 JAH JLB<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that LYCURGAN, INC., a California corporation, d/b/a Ares Armor, plaintiff in the above entitled case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the "Judgment in a Civil Case" entered on December 17, 2014.

                                        Respectfully submitted,

                                        The McMillan Law Firm, APC

                                        /s/ Scott A. McMillan

Dated: February 9, 2015

                                        _____
                                        Scott A. McMillan
                                        Attorneys for Plaintiff
                                        Lycurgan, Inc. d/b/a Ares Armor
                                        Plaintiff

# CERTIFICATE OF SERVICE

I, Scott A. McMillan, am a citizen of the United States, am over the age of eighteen, and not a party to the above entitled action. My business address is 4670 Nebo Drive, Suite 200, La Mesa, CA 91941-5230. I have caused service of the following documents:

- NOTICE OF APPEAL

By Electronic Court Service, upon:

**U S Attorney CV** Efile.dkt.civ@usdoj.gov

**Daniel Everett Butcher** Daniel.Butcher@usdoj.gov, efile.dkt.civ@usdoj.gov, yvette.macias@usdoj.gov

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed on the date set forth below.

The McMillan Law Firm, APC

Dated: February 9, 2015

/s/ Scott A. McMillan

_____

Scott A. McMillan
Attorneys for Plaintiff
Lycurgan, Inc.