UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **FILED** | |
| FEB 10 2015 | |
| MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS | |

LYCURGAN, INC., a California
Corporation, DBA Ares Armor,

              Plaintiff - Appellant,

  v.

TODD JONES, in his official official
capacity as Director of the Bureau of
Alcohol, Tobacco, and Firearms
Enforcement,

              Defendant - Appellee.

No. 15-55228

D.C. No. 3:14-cv-01679-JLS-BGS
U.S. District Court for Southern
California, San Diego

**TIME SCHEDULE ORDER**

The parties shall meet the following time schedule.

| | |
|---|---|
| **Tue., February 17, 2015** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Wed., May 20, 2015** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Fri., June 19, 2015** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellee's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Wendy Lam
Deputy Clerk