1
2
3

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

4
5
6
7
8
9
10

| LYCURGAN INC. dba ARES ARMOR, | Case No.: 14CV1679 JLS (BGS) |
|---|---|
| Plaintiff | PROOF OF SERVICE |
| v. | |
| B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10, | |
| Defendants. | |

11
12
13
14

I, Daniel E. Butcher, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA. 92101-8893.

15
16
17

I am not a party to the above-entitled action. I have caused service of DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR A NEW TRIAL; DECLARATION OF ARMANDO HERNANDEZ

18

on the following parties by:

19

■   ECF--Electronic Notice/Service :

20
21

Alan Beck, Esq.
Scott McMillan, Esq.

22

I declare under penalty of perjury that the foregoing is true and correct.

23
24

DATED:   February 12, 2015          /s Daniel E. Butcher
                                    Daniel E. Butcher

25
26
27
28