Scott A. McMillan, CBN 212506
Michelle D. Volk, SBN 217151
Sean E. Smith, SBN 288973
**The McMillan Law Firm, APC**
4670 Nebo Drive, Suite 200
La Mesa, CA 91941-5230
(619) 464-1500 x 14

Attorneys for Plaintiff,
Lycurgan, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC., a California corporation, d/b/a Ares Armor,<br><br>Plaintiff,<br><br>vs.<br><br>TODD JONES, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives.<br><br>Defendant. | CASE NO. 14cv1679 JAH JLB<br><br>**APPELLANT'S STATEMENT OF NON DESIGNATION OF TRANSCRIPTS ON APPEAL** |

There being no reported hearings in the above-entitled case, Appellant will not designate any transcripts on appeal.

Respectfully submitted,

The McMillan Law Firm, APC

/s/ Michelle D. Volk

Dated: February 19, 2015

_____
Michelle D. Volk
Attorneys for Plaintiff
Lycurgan, Inc. d/b/a Ares Armor
Plaintiff

CERTIFICATE OF SERVICE

I, Michelle D. Volk, am a citizen of the United States, am over the age of eighteen, and not a party to the above entitled action. My business address is 4670 Nebo Drive, Suite 200, La Mesa, CA 91941-5230. I have caused service of the following documents:

- **APPELLANT'S STATEMENT OF NON DESIGNATION OF TRANSCRIPTS ON APPEAL**

By Electronic Court Service, upon:

**U S Attorney CV** Efile.dkt.civ@usdoj.gov

**Daniel Everett Butcher** Daniel.Butcher@usdoj.gov, efile.dkt.civ@usdoj.gov, yvette.macias@usdoj.gov

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed on the date set forth below.

/s/ Michelle D. Volk

Dated: February 19, 2015 _____

Michelle D. Volk
Attorneys for Plaintiff
Lycurgan, Inc.