# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. DBA ARES ARMOR, <br><br> Plaintiff, <br><br> vs. <br><br> B. TODD JONES in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1–10, <br><br> Defendants. | CASE NO. 14-CV-1679 JLS (BGS) <br><br> **ORDER VACATING HEARING** <br><br> (ECF No. 21) |

Presently before the Court is Plaintiff's Motion for New Trial Pursuant to Federal Rule of Civil Procedure 59(a). (ECF No. 21.) The Court **HEREBY VACATES** the motion hearing set for March 5, 2015 and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

DATED: February 27, 2015

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge