# EXHIBIT C

4/9/2014 Case 3:14-cv-00169-JLS-BGS USPS.com® - Track & Confirm Filed 07/16/14 Page 2 of 2



English    Customer Service    USPS Mobile    Register / Sign In

# USPS.COM®

Search USPS.com or Track Packages

**Quick Tools**
Track
Enter up to 10 Tracking #:   Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Look Up a ZIP Code
Hold Mail
Change of Address

## USPS Tracking™

Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions



**Customer Service ›**
Have questions? We're here to help.

**Tracking Number:** EQ942350642US

**Signed for By:** A PRANDY  //  WASHINGTON, DC 20226 //  5:31 am

## Product & Tracking Information

**Postal Product:**     **Features:**
             PO to Addressee

## Available Actions

**Proof of Delivery**

**USPS Text Tracking™**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| April 9, 2014 , 5:31 am | Delivered | WASHINGTON, DC 20226 |
| April 8, 2014 , 10:46 am | Available for Pickup | WASHINGTON, DC 20226 |
| April 8, 2014 , 10:35 am | Arrival at Post Office | WASHINGTON, DC 20018 |
| April 8, 2014 , 8:45 am | Processed through USPS Sort Facility | WASHINGTON, DC 20074 |
| April 7, 2014 | Depart USPS Sort Facility | SAN DIEGO, CA 92186 |
| April 7, 2014 , 5:10 pm | Processed through USPS Sort Facility | SAN DIEGO, CA 92186 |

## Track Another Package

**What's your tracking (or receipt) number?**

Track It

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | USPS Service Alerts › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
|  | Delivering Solutions to the Last Mile › | Careers › |  |
|  | Site Index › |  |  |

Copyright© 2014 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction!input.action?tRef=qt&tLc=1&tLabels=EQ942350642US    1/1