# EXHIBIT D



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

Washington, DC 20226
www.atf.gov

406040:TBM
3450

**FEDERAL EXPRESS**

JUL 0 3 2014

Dimitrios Karras
c/o Scott A. McMillan
4670 Nebo Drive, Suite 200
La Mesa, California 91941-5230

Re:   **Claim for Seized Property**
      Agency Case Number:           784090-13-0011
      Asset Identification Number:  14-ATF-009592
      Asset Description:            5,804 Unknown Manufacturer AR Type
                                    Receiver/Frame CAL: Unknown SN: Unknown

Dear Mr. Karras:

The United States Department of Justice will not pursue the civil forfeiture of the asset described above. However, the United States Department of Justice will retain the seized property as evidence in its ongoing criminal investigation.

Sincerely yours,

James D. Ingram
Associate Chief Counsel
Asset Forfeiture Division
Office of Chief Counsel



**To be opened by addressee only**

Re:
☐ Sensitive
☐ Other

Dimitrios Karras
c/o Scott A. McMillan
4670 Nebo Drive
Suite 200
La Mesa, California 919








**From:** (202) 648-7681
Carmen Lathan
BATFE
99 New York Avenue NE
Washington, DC 20226

**Origin ID:** YKNA

**Ship Date:** 03JUL14
**ActWgt:** 0.5 LB
**CAD:** 101606887/INET3490

Delivery Address Bar Code

**SHIP TO:** (202) 648-7681    **BILL SENDER**
**Dimitrios Karras**

c/o Scott A. McMillan
4670 Nebo Drive, Suite 200
LA MESA, CA 91941

Ref # 784090-13-0011
Invoice #
PO #
Dept #

TRK# 7705 0640 7301
0201

**SH SDMA**

WED - 09 JUL AA
EXPRESS SAVER
RES
91941
CA-US
SAN

522G2/ED4F/F220

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.