# EXHIBIT E



U.S. Department of Justice

Bureau of Alcohol, Tobacco,
Firearms and Explosives

Date: Dec 23, 2014

TO: Ares Armor
208 North Freeman Street
Oceanside, CA 92054

## NOTICE

The Gun Control Act of 1968 (GCA), as amended, 18 U.S.C. Chapter 44, makes it unlawful for any person except for a Federal firearms licensee to engage in the business of dealing in firearms. 18 U.S.C. § 922(a)(1)(A). The GCA defines the term "firearm" to include any weapon which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; or the frame or receiver of any such weapon. 18 U.S.C. § 921(a)(3). The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) is the agency charged with the administration and enforcement of the GCA.

**ATF has classified the "EP-80" lower firearm receiver manufactured by EP Arms, LLC, as a firearm for purposes of the GCA.** As part of a criminal investigation into the unlawful manufacture and distribution of firearms, ATF seized 5,804 EP-80 lower firearm receivers from Ares Armor pursuant to a Federal search warrant on March 15, 2014. The United States has recently determined that the EP-80 lower firearm receivers seized at that time are no longer needed as evidence in its criminal investigation. Accordingly, it is returning those firearms to Ares Armor.

**This letter serves to advise you that all Federal and State firearms laws apply to the subject EP-80 lower firearm receivers.** If you plan to engage in the business of dealing firearms, the GCA requires you to obtain a Federal firearms license. 18 U.S.C. § 923(a). You may obtain an application for a Federal firearms license at www.atf.gov or by calling your local ATF office. You may also work with a federal Firearms Licensee to lawfully sell or dispose of these firearms. Our examination of these firearms also reveals that they were never properly marked by the manufacturer in accordance with 18 U.S.C. § 923(i) and 27 C.F.R. § 478.92(a)(1). That deficiency must be corrected by the manufacturer before they may be sold.

## NOTICE

**Notice Served by:**

Special Agent, ATF: _Geoffrey Rice   Geoff Rice_

Date: _12/23/2014_

Location: _5901 Priestly Dr #304_
_Carlsbad, CA 92008_

**Witnessed by:**

Special Agent, ATF: _[signature], RAC_

Date: _12/23/14_

**I hereby acknowledge receipt of this Notice:**

Recipient's Name (Printed): _Scott A. McMillan, Esq._ Attorney to Lycurgan

Recipient's Signature: _[signature]_

Date Signed by Recipient: _12/23/14_