# EXHIBIT F

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Release and Receipt of Property

| To: Geoff Rice, San Diego IV Field Office | Investigation Number | Date |
|---|---|---|
|  | 784090-13-0011 | 12/17/2014 |

### Property Description

| ☑ | Item Number | Description |
|---|---|---|
| ☐ | 000010 | FIREARM: RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE  *5,786 total*  1649513    Location: IN AGENT POSSESSION |

You are hereby authorized to release the above-described property to: (Name and address).

*Scott McMillan esq. 4670 Nebo Drive, #200 La Mesa CA 91941*

Storage costs for this property from ___ to ___ will be paid by The Bureau of Alcohol, Tobacco, Firearms and Explosives. The recipient of the property will be responsible for all storage charges incurred by the property after ___. Please furnish this office with the original and 3 copies of this form upon execution of same, and furnish one copy to the property recipient.

| Signature | Title |
|---|---|
| Armando Hernandez | Resident Agent in Charge, San Diego IV Field Office |

### Release

I hereby certify that on *December 23*, 20 *14*, I released this property as shown below.

| Signature | Title | Firm Represented (If any) |
|---|---|---|
| [signature] | Special Agent |  |

### Receipt

I hereby acknowledge receipt of this property on *December 23*, 20 *14* from, (Name of releasing firm or government agency):

| Signature | Title | Person, Firm or Governmental Agency Represented |
|---|---|---|
| [signature] | Lawyers for Lycurgan, Inc | Lycurgan, Inc. |

\* Do not adjust the description or character. It be defined correctly. Admit the count is correct. [signature]

| Box Number | Total | Ares Armor Initial | ATF Initial | |
|---|---|---|---|---|
| 1 | 160 | | GAR | Marked 160 |
| 2 | 150 | | CM | Marked 150 |
| 3 | 150 | | GAR | Marked 152 * |
| 4 | 150 | | CM | |
| 5 | 149 | | CM | Marked 149 |
| 6 | 150 | | CM | Marked 150 |
| 7 | 150 | | CM | Marked 150 |
| 8 | 80 | | CM | Marked 80 |
| 9 | 150 | | CM | Marked 150 |
| 10 | 150 | | CM | Marked 150 |
| 11 | 150 | | CM | Marked 150 |
| 12 | 150 | | GAR | Marked 150 |
| 13 | 150 | | GM | Marked 150 |
| 14 | 150 | | CM | Marked 150 |
| 15 | 150 | | CM | Marked 150 |
| 16 | 150 | | CM | Marked 150 |
| 17 | 149 | | CM | Marked 151 * |
| 18 | 150 | | CM | Marked 150 |
| 19 | 150 | | CM | Marked 150 |
| 20 | 140 | | GAR | Marked 140 |
| 21 | 150 | | GAR | Marked 150 |
| 22 | 150 | | GAR | Marked 150 |
| 23 | 70 | | GM | Marked 70 |
| 24 | 70 | | CM | Marked 70 |
| 25 | 100 | | GAR | Marked 100 |
| 26 | 98 | | GM | Marked 99 |
| 27 | 100 | | GM | Marked 100 |
| 28 | 100 | | CM | Marked 100 |
| 29 | 60 | | CM | Marked 60 |
| 30 | 90 | | CM | Marked 90 |
| 31 | 50 | | GAR | Marked 54 * |
| 32 | 61 | | GAR | Marked 61 |
| 33 | 70 | | CM | Marked 70 |
| 34 | 89 | | GAR | Marked 90 * |
| 35 | 88 | | GAR | Marked 90 * |
| 36 | 90 | | CM | Marked 90 |
| 37 | 92 | | GAR | Marked 90 * (overage) |
| 38 | 67 | | CM | Marked 67 |
| 39 | 90 | | GAR | Marked 90 |
| 40 | 89 | | CM | Marked 89 |
| 41 | 80 | | CM | Marked 80 |
| 42 | 58 | | GAR | Marked 58 |
| 43 | 120 | | GAR | Marked 130 * |
| 44 | 90 | | GAR | Marked 90 |
| 45 | 90 | | GAR | Marked 90 |
| 46 | 70 | | GAR | Marked 70 |

| # | Count | | Mark | Notes |
|---|---|---|---|---|
| 47 | 91 | 100 | Cau | Marked 90 ✗ (overage) |
| 48 | 90 | | Can | Marked 90 |
| 49 | 90 | | Can | Marked 90 |
| 50 | 90 | | Can | Marked 90 |
| 51 | 90 | | Can | Marked 90 |
| 52 | 66 | | Can | Marked 66 |
| 53 | 50 | | Can | Marked 50 |
| 54 | 9 | | Cau | Marked 9 (Bag) |
| 55 | | | | |
| 56 | 5,756 total | | | |
| 57 | | | | |
| 58 | | | | |
| 59 | | | | |
| 60 | | | | |
| 61 | | | | |
| 62 | | | | |
| 63 | | | | |
| 64 | | | | |
| 65 | | | | |