Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
Sean E. Smith, SBN 288973
**The McMillan Law Firm, APC**
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500 x 14
Fax. 206-600-5095

Attorneys for Plaintiff,
Lycurgan, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC. d/b/a ARES ARMOR,<br>                    Plaintiff,<br>     v.<br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10,<br>                    Defendants. | CASE NO. 14-CV-1679 JLS (BGS)<br><br>CERTIFICATE OF SERVICE<br><br>Judge: Hon. Janis L. Sammartino<br>Dept.: 4A |

I, Scott A. McMillan, am a citizen of the United States, am over the age of eighteen, and not a party to the above entitled action. My business address is 4670 Nebo Drive, Suite 200, La Mesa, CA 91941-5230. I have caused service of the following documents:

• AMENDED COMPLAINT with Jury Demand [Verified Petition for Return of Property, and for Attorneys Fees; Demand for Jury Trial] against Todd Jones, filed by Lycurgan, Inc.. (Attachments: # (1) Exhibit 'A', # (2) Exhibit 'B', # (3) Exhibit 'C', # (4) Exhibit 'D', # (5) Exhibit 'E', # (6) Exhibit 'F', # (7) Exhibit 'G')

1  By Electronic Court Service, upon:

2  **U S Attorney CV** Efile.dkt.civ@usdoj.gov

3  **Daniel Everett Butcher** Daniel.Butcher@usdoj.gov, efile.dkt.civ@usdoj.gov,

4  yvette.macias@usdoj.gov

5      I declare under the penalty of perjury that the foregoing is true and correct and

6  that this declaration was executed on the date set forth below.

7                          The McMillan Law Firm, APC

8  Dated: July 1, 2015

9                          /s/ Scott A. McMillan

10                         _____

11                         Scott A. McMillan
                           Attorney for Plaintiff
12                         Lycurgan, Inc.