Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
The McMillan Law Firm, APC
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500 x 14
Fax. 206-600-5095
Attorneys for Plaintiff, Lycurgan, Inc.

LAURA E DUFFY
United States Attorney
DANIEL E. BUTCHER
Assistant U.S. Attorney
California Bar No. 144624
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7696
Fax: (619) 546-7751
Email: Daniel.Butcher@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. dba ARES ARMOR, <br><br> Plaintiff <br><br> v. <br><br> TODD JONES, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, <br><br> Defendants. | Case No.: 14CV1679 JLS (BGS) <br><br> JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S VERIFIED PETITION FOR RETURN OF PROPERTY, AND FOR ATTORNEYS FEES; DEMAND FOR JURY TRIAL |

Plaintiff and Defendant jointly move for an extension of time for Defendant to file an answer to Plaintiff's Verified Petition (ECF #34) until August 5, 2015. Defendant's answer to the complaint is presently due on July 15, 2015. The justification for this request is as follows: Counsel for Defendant was out of the district on annual leave from July 3, 2015, through July 9, 2015, and needs additional time to evaluate the amended petition and prepare a responsive pleading.

The parties therefore jointly move for an order extending the time to respond to Plaintiff's First Amended Complaint to August 5, 2015.

DATED: July 10, 2015

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

 s/ Daniel E. Butcher
DANIEL E. BUTCHER
Assistant United States Attorney
Attorneys for Defendant

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Scott McMillan to affix his electronic signature to this document.

s/Daniel E. Butcher
DANIEL E. BUTCHER
Assistant U.S. Attorney