# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. DBA ARES ARMOR,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br><br>B. TODD JONES in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1–10,<br><br>　　　　　　　　　Defendants. | CASE NO. 14-CV-1679 JLS (BGS)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S VERIFIED PETITION FOR RETURN OF PROPERTY, AND FOR ATTORNEYS FEES; DEMAND FOR JURY TRIAL**<br><br>(ECF No. 36) |

Presently before the Court is the parties Joint Motion for Extension of Time to Respond to Plaintiff's Verified Petition for Return of Property, and For Attorneys Fees; Demand for Jury Trial. (ECF No. 36.) Good cause appearing, the Court **GRANTS** the Joint Motion. Defendant shall file an answer to Plaintiff's Verified Petition <u>on or before August 5, 2015</u>.

**IT IS SO ORDERED**.

DATED: July 15, 2015

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Honorable Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge