1  LAURA E DUFFY
   United States Attorney
2  DANIEL E. BUTCHER
   Assistant U.S. Attorney
3  California Bar No. 144624
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, CA 92101
5  Tel: (619) 546-7696
   Fax: (619) 546-7751
6  Email: Daniel.Butcher@usdoj.gov

7  Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. dba ARES ARMOR, <br><br>Plaintiff <br><br>v. <br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10, <br><br>Defendants. | Case No.: 14CV1679 JLS (BGS) <br><br>NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT <br><br>DATE: October 1, 2015 <br>TIME:  1:30 p.m. <br><br>Hon. Janis L. Sammartino |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 1, 2015, at 1:30 p.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Janis L. Sammartino, Defendant, through its attorneys of record, Laura E. Duffy, United States Attorney, and Daniel E. Butcher, Assistant U.S. Attorney, will and hereby does move this Court to dismiss the Plaintiff's amended complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  This motion is based upon the attached memorandum of Point and Authorities, the Declaration of Armando Hernandez, Exhibits 1-7, and the files and records in this case.

///

| | |
|---|---|
| DATED: August 5, 2015 | Respectfully submitted, |
| | LAURA E. DUFFY<br>United States Attorney |
| | s/ Daniel E. Butcher<br>DANIEL E. BUTCHER<br>Assistant United States Attorney<br>Attorneys for Defendant |