LAURA E DUFFY
United States Attorney
DANIEL E. BUTCHER
Assistant U.S. Attorney
California Bar No. 144624
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7696
Fax: (619) 546-7751
Email: Daniel.Butcher@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. dba ARES ARMOR,<br><br>Plaintiff<br><br>v.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10,<br><br>Defendants. | Case No.: 14CV1679 JLS (BGS)<br><br>TABLE OF EXHIBITS IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT |

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| 1. | Complaint | 01-36 |
| 2. | Order Granting Defendant's Motion to Dismiss | 37-44 |
| 3. | Order Denying Plaintiff's Motion for New Trial | 45-50 |
| 4. | Amended Complaint | 51-62 |
| 5. | Notice of Appeal | 63-65 |
| 6. | 9th Circuit Order | 66-68 |
| 7. | Amended Notice of Appeal | 69-72 |

///

///

| | |
|---|---|
| DATED:  August 5, 2015 | Respectfully submitted, |
| | LAURA E. DUFFY<br>United States Attorney |
| | s/ Daniel E. Butcher<br>DANIEL E. BUTCHER<br>Assistant United States Attorney<br>Attorneys for Defendant |