# EXHIBIT 7

LYCURGAN-MTDAC-0069

Scott A. McMillan, CBN 212506
Michelle D. Volk, SBN 217151
**The McMillan Law Firm, APC**
4670 Nebo Drive, Suite 200
La Mesa, CA 91941-5230
(619) 464-1500 x 14

Attorneys for Plaintiff,
Lycurgan, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC., a California corporation, d/b/a Ares Armor,<br><br>Plaintiff,<br><br>vs.<br><br>TODD JONES, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives.<br><br>Defendant. | CASE NO. 14cv1679 JLS BGS<br>9TH CIR. CASE NO.: 15-55228<br>**AMENDED NOTICE OF APPEAL** |

Notice is hereby given that LYCURGAN, INC., a California corporation, d/b/a Ares Armor ("Lycurgan"), plaintiff in the above entitled case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the "Judgment in a Civil Case" entered on December 17, 2014.

On January 14, 2015, Lycurgan filed a Notice of Motion for New trial. [ECF 25.]

On March 5, 2015, the Clerk of the Court of Appeal issued an order stating as follows:

"The court's records reflect that the notice of appeal was filed during

the pendency of a timely filed motion listed in FRAP 4(a)(4). The

notice of appeal is therefore ineffective until entry of the order

disposing of the last such motion outstanding. Accordingly, appellate

proceedings other than mediation shall be held in abeyance pending the USDC's resolution of the pending motion. Within 7 days after the USDC's ruling on the pending motion, appellant shall notify the USCA in writing of the ruling and shall advise whether appellant intends to prosecute this appeal. To appeal the USDC's ruling on the post-judgment motion, appellant must file an amended notice of appeal within the time prescribed by FRAP 4. The Clerk shall serve this order on the USDC."

ECF 32.

On June 11, 2015 the District Court entered an order "Denying Plaintiff Lycurgan, Inc.'s Motion For New Trial; And (2) Granting Plaintiff Leave To File A First Amended Complaint: Plaintiff may file an amended complaint within 21 days of the date on which this order is electronically docketed." [ECF 33, attached as Exhibit 'A.'.]

On July 1, 2015, Lycurgan filed its Verified Petition for Return of Property, and for Attorneys Fees; Demand for Jury Trial as an amended complaint. [ECF 34]

To the extent that an appeal lies, notice is hereby given that LYCURGAN, INC., a California corporation, hereby appeals the judgment and the order denying the new trial motion entered June 11, 2015.

        Respectfully submitted,

        The McMillan Law Firm, APC

        /s/ Scott A. McMillan

Dated: July 12, 2015

        _____
        Scott A. McMillan
        Attorneys for Plaintiff
        Lycurgan, Inc. d/b/a Ares Armor
        Plaintiff

| | CERTIFICATE OF SERVICE |
|---|---|
| 1 | |

    I, Scott A. McMillan, am a citizen of the United States, am over the age of eighteen, and not a party to the above entitled action. My business address is 4670 Nebo Drive, Suite 200, La Mesa, CA 91941-5230. I have caused service of the following documents:

- AMENDED NOTICE OF APPEAL

    By Electronic Court Service, upon:

**U S Attorney CV** Efile.dkt.civ@usdoj.gov

**Daniel Everett Butcher** Daniel.Butcher@usdoj.gov, efile.dkt.civ@usdoj.gov, yvette.macias@usdoj.gov

    I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed on the date set forth below.

                                        The McMillan Law Firm, APC

Dated: July 12, 2015

                                        /s/ Scott A. McMillan

                                        _____

                                        Scott A. McMillan
                                        Attorneys for Plaintiff
                                        Lycurgan, Inc.