# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. DBA ARES ARMOR,<br><br>                          Plaintiff,<br>vs.<br><br>B. TODD JONES in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1–10,<br><br>                         Defendants. | CASE NO. 14-CV-1679 JLS (BGS)<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>(ECF No. 39) |

Presently before the Court is Defendant B. Todd Jones' Motion to Dismiss for Lack of Jurisdiction. (ECF No. 39.) A hearing on the motion is presently scheduled for October 1, 2015 at 1:30 p.m. Plaintiff shall file a response to the motion <u>on or before September 3, 2015</u>. Defendant shall file a reply, if any, <u>on or before September 17, 2015</u>.

**IT IS SO ORDERED**.

DATED: August 10, 2015

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge