# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| LYCURGAN INC. DBA ARES ARMOR,<br><br>                    Plaintiff,<br>  vs.<br><br>B. TODD JONES in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1–10,<br><br>                   Defendants. | CASE NO. 14-CV-1679 JLS (BGS)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>(ECF No. 42) |
|---|---|

Presently before the Court is the parties' Joint Motion for Extension of Briefing Schedule on Defendant's Motion to Dismiss. (ECF No. 42.) The parties request that the Court continue the hearing presently scheduled on October 1, 2015 to October 22, 2015; and to continue the briefing schedule accordingly. Good cause appearing, the Court **GRANTS** the Joint Motion. The hearing on Defendant's Motion to Dismiss presently scheduled for October 1, 2015 is **HEREBY CONTINUED** to October 22,

/ / /
/ / /
/ / /
/ / /

1 | 2015 at 1:30 p.m. Plaintiff shall file response to the Motion to Dismiss <u>on or before</u>
2 | <u>September 24, 2015</u>. Defendant shall file a reply, if any, <u>on or before October 8, 2015</u>.
3 | **IT IS SO ORDERED**.
4 |
5 | DATED: September 2, 2015
6 | _Janis L. Sammartino_
  | Honorable Janis L. Sammartino
7 | United States District Judge