UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC. d/b/a/ ARES ARMOR,<br><br>                              Plaintiff,<br><br>v.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10,<br><br>                              Defendants. | Case No.: 14-CV-1679 JLS (BGS)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PENDING DECISION IN THE COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>(ECF No. 44) |

Presently before the Court is the parties' Joint Motion for Extension of Briefing Schedule on Defendant's Motion to Dismiss Pending Decision in the Court of Appeals for the Ninth Circuit. (ECF No. 44.) The parties request that the Court continue the hearing presently scheduled on October 22, 2015 to December 3, 2015 and continue the briefing schedule accordingly. Good cause appearing, the Court **GRANTS** the Joint Motion. The hearing on Defendant's Motion to Dismiss Amended Complaint presently scheduled for October 22, 2015 is **HEREBY CONTINUED** to December 3, 2015 at 1:30 p.m. Plaintiff

/ / /

/ / /

/ / /

1 | **SHALL FILE** a response <u>on or before October 22, 2015</u>.  Plaintiff **SHALL FILE** a reply,
2 | if any, <u>on or before November 12, 2015</u>.
3 |     **IT IS SO ORDERED.**
4 |
5 | Dated: September 25, 2015
6 |
7 |

Hon. Janis L. Sammartino
United States District Judge