UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| LYCURGAN, INC. d/b/a/ ARES ARMOR,<br><br>                                    Plaintiff,<br><br>v.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10,<br><br>                                    Defendants. | Case No.: 14-CV-1679 JLS (BGS)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PENDING DECISION IN THE COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>(ECF No. 46) |
|---|---|

Presently before the Court is the parties' Joint Motion for Extension of Briefing Schedule on Defendant's Motion to Dismiss Pending Decision in the Court of Appeals for the Ninth Circuit. (ECF No. 46.) Good cause appearing, the Court **GRANTS** the Joint Motion. The hearing on Defendant's Motion to Dismiss Amended Complaint presently scheduled for December 3, 2015 is **HEREBY CONTINUED** to December 17, 2015 at

/ / /

/ / /

/ / /

/ / /

/ / /

1:30 p.m.  Plaintiff **SHALL FILE** a response on or before November 19, 2015.  Defendant **SHALL FILE** a reply, if any, on or before December 3, 2015.

**IT IS SO ORDERED.**

Dated:  October 26, 2015

Hon. Janis L. Sammartino
United States District Judge