FILED

NOV 18 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LYCURGAN, INC., a California Corporation, DBA Ares Armor,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>TODD JONES, in his official official capacity as Director of the Bureau of Alcohol, Tobacco, and Firearms Enforcement,<br><br>        Defendant - Appellee. | No. 15-55228<br><br>D.C. No. 3:14-cv-01679-JLS-BGS<br>Southern District of California, San Diego<br><br>ORDER |

Before: REINHARDT, W. FLETCHER, and N.R. SMITH, Circuit Judges.

We conclude that the December 17, 2014 order and "judgment" dismissing appellant's claim without prejudice was not intended to be a final and appealable order. *See Montes v. United States*, 37 F.3d 1347, 1351 (9th Cir. 1994) (the "First Judgment" dismissing an action without prejudice "was not intended to be a final and appealable order" where the district court permitted plaintiff to file an amended complaint "*after* entering the First Judgment") (emphasis in original).

Accordingly, we dismiss this appeal for lack of jurisdiction.

**DISMISSED.**

SL/MOATT