Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
**The McMillan Law Firm, APC**
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500 x 14
Fax. 206-600-5095
Email: scott@mcmillanlaw.us

Attorneys for Plaintiff,
Lycurgan, Inc.

Daniel E. Butcher, SBN 144624
**Office of the U.S. Attorney**
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7696
Fax: (619) 546-7751
Email: Daniel.Butcher@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC. d/b/a ARES ARMOR,<br>   Plaintiff,<br>v.<br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10,<br>   Defendants. | CASE NO. 14-CV-1679 JLS (BGS)<br>9TH CIRCUIT No. 15-55228<br><br>**JOINT MOTION FOR EXTENSION OF BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOLLOWING DECISION IN THE COURT OF APPEALS FOR THE NINTH CIRCUIT.**<br><br>Judge: Hon. Janis L. Sammartino<br>Dept.: 4A |

On August 5, 2015, Defendant B. Todd Jones filed a Motion to Dismiss for Lack of Jurisdiction. [ECF 39]  Thereafter, the Court issued an Order Setting Briefing Schedule on August 10, 2015 [ECF 40].  Plaintiff was ordered to file a response to the motion on or before September 3, 2015.  Defendant's reply, if any,

1  was due on or before September 17, 2015.  Thereafter, the parties jointly moved
2  for further extension of the briefing schedule, which resulted in an opposition date
3  of September 24, 2015, a reply date of October 8, 2015, and a hearing date of
4  October 22, 2015. [ECF 43.]
5       As pointed out in the motion to dismiss, there is an appeal docketed in the
6  Ninth Circuit Court of Appeals, case number 15-55228 arising from the dismissal,
7  and subsequent denial of the new trial motion in the present case.
8       On August 18, 2015 the clerk of the court of appeal issued an order to show
9  cause why the appeal should not be dismissed in light of the concurrent activity in
10  the district court.  The Court of Appeal ordered Lycurgan to choose a voluntary
11  dismissal, or if not – a briefing why the court had jurisdiction in light of the filing
12  of the amended complaint. [Doc. 41.]   The Court of Appeal allowed the
13  Government ten days after Lycurgan's briefing to respond.
14       On September 8, 2015, Lycurgan submitted its briefing in the Court of
15  Appeal regarding appellate jurisdiction.   The Government elected not to respond.
16  Thus, the matter of appellate jurisdiction, which directly relates to the
17  Government's motion to dismiss here, is before the Court of Appeal.
18       On September 24, 2015, the parties jointly moved for an extension of time
19  to file the opposition in light of the pendency of the Court of Appeals decision.
20  [Doc. 44.]   On September 25, 2015, the court granted the motion.   [Doc. 45.]
21       October 22, 2015, the parties again jointly moved for an extension of time
22  to file the opposition in light of the pendency of the Court of Appeals decision.
23  [Doc. 46.] The court granted the motion.   [Doc. 47.]
24       On November 18, 2015, the Court of Appeals issued an order, as follows:
25       "Before: REINHARDT, W. FLETCHER, and N.R. SMITH, Circuit
26       Judges.
27       We conclude that the December 17, 2014 order and "judgment"
28       dismissing appellant's claim without prejudice was not intended to be

a final and appealable order. See Montes v. United States, 37 F.3d 1347, 1351 (9th Cir. 1994) (the "First Judgment" dismissing an action without prejudice "was not intended to be a final and appealable order" where the district court permitted plaintiff to file an amended complaint "after entering the First Judgment") (emphasis in original). Accordingly, we dismiss this appeal for lack of jurisdiction. DISMISSED."

[Doc 48.]

The due date for the opposition to the outstanding motion is today, November 19, 2015.

Counsel for the parties have met and conferred and agreed to request that the deadlines be moved.

Accordingly, the parties jointly move for an order extending the briefing schedule and hearing date on the Motion to Dismiss.

///

///

///

1 | The parties therefore jointly move for a new briefing schedule as follows:

|   |   |
|---|---|
| Response to Motion to Dismiss: | December 3, 2015 |
| Reply to Motion to Dismiss: | December 17, 2015 |
| Hearing on Motion to Dismiss: | **TBD** |

Respectfully submitted,

The McMillan Law Firm, APC

Dated: November 19, 2015

/s/ Scott A. McMillan
_____

Scott A. McMillan
Attorneys for Plaintiff

Office of the U.S. Attorney

/s/ Daniel E. Butcher

_____
Daniel E. Butcher
Attorneys for the United States

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendant and that I have obtained authorization from Daniel E. Butcher to affix his electronic signature to this document.

/s/ Scott A. McMillan
_____

Scott A. McMillan

CERTIFICATE OF SERVICE

I, Scott A. McMillan, am a citizen of the United States, am over the age of eighteen, and not a party to the above entitled action. My business address is 4670 Nebo Drive, Suite 200, La Mesa, CA 91941-5230. I have caused service of the following documents:

**JOINT MOTION FOR EXTENSION OF BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**

By Electronic Court Service, upon:

**U S Attorney CV** Efile.dkt.civ@usdoj.gov

**Daniel Everett Butcher** Daniel.Butcher@usdoj.gov, efile.dkt.civ@usdoj.gov, yvette.macias@usdoj.gov

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed on the date set forth below.

The McMillan Law Firm, APC

Dated: November 19, 2015

/s/ Scott A. McMillan

_____

Scott A. McMillan
Attorney for Plaintiff
Lycurgan, Inc.