Scott A. McMillan, SBN 212506
Michelle D. Volk, SBN 217151
**The McMillan Law Firm, APC**
4670 Nebo Dr., Suite 200
La Mesa, CA 91941-5230
Tel. 619-464-1500 x 14
Fax. 206-600-5095
Email: scott@mcmillanlaw.us

Attorneys for Plaintiff,
Lycurgan, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC. d/b/a ARES ARMOR,<br>            Plaintiff,<br>   v.<br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10,<br>            Defendants. | CASE NO. 14-CV-1679 JLS (BGS)<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Janis L. Sammartino<br>Dept.: 4A |

CERTIFICATE OF SERVICE

I, Scott A. McMillan, am a citizen of the United States, am over the age of eighteen, and not a party to the above entitled action. My business address is 4670 Nebo Drive, Suite 200, La Mesa, CA 91941-5230. On December 3, 2015, I have caused service of the following documents:

1. PLAINTIFF LYCURGAN, INC.'S OPPOSITION TO MOTION TO DISMISS

2. DECLARATION OF DIMITRIOS A. KARRAS IN SUPPORT OF PLAINTIFF LYCURGAN, INC.'S OPPOSITION TO MOTION TO

DISMISS

3. DECLARATION OF DIMITRIOS A. KARRAS IN SUPPORT OF PLAINTIFF LYCURGAN, INC.'S OPPOSITION TO MOTION TO DISMISS

By Electronic Court Service, upon:

**U S Attorney CV** Efile.dkt.civ@usdoj.gov

**Daniel Everett Butcher** Daniel.Butcher@usdoj.gov, efile.dkt.civ@usdoj.gov, yvette.macias@usdoj.gov

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed on the date set forth below.

The McMillan Law Firm, APC

Dated: December 3, 2015

/s/ Scott A. McMillan

_____

Scott A. McMillan
Attorney for Plaintiff
Lycurgan, Inc.