UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN INC. dba ARES ARMOR, | Case No.: 14CV1679 JLS (BGS) |
| Plaintiff | PROOF OF SERVICE |
| v. | |
| B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10, | |
| Defendants. | |

I, Daniel E. Butcher, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, CA. 92101-8893.

I am not a party to the above-entitled action.  I have caused service of DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT

on the following parties by:

■  ECF--Electronic Notice/Service :

Michelle D. Volk, Esq.
Scott A. McMillan, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:       December 17, 2015          /s Daniel E. Butcher
                                        Daniel E. Butcher