UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC. d/b/a/ ARES ARMOR,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1-10,<br><br>　　　　　　　　　　　Defendants. | Case No.: 14-CV-1679 JLS (BGS)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 39) |

Presently before the Court is Defendants' Motion to Dismiss Amended Complaint. (ECF No. 39.) Also before the Court are Plaintiff's Opposition to Motion to Dismiss Amended Complaint, (ECF No. 51), and Defendant's Reply to Plaintiff's Opposition to Motion to Dismiss Amended Complaint, (ECF No. 52). The Court **HEREBY VACATES** the hearing on this Motion, set for Thursday, January 7, 2016, and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: December 30, 2015

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge