

**FILED**
Jan 19 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ AKR DEPUTY

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 13 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LYCURGAN, INC., a California Corporation, DBA Ares Armor,<br><br>  Plaintiff - Appellant,<br><br> v.<br><br>TODD JONES, in his official official capacity as Director of the Bureau of Alcohol, Tobacco, and Firearms Enforcement,<br><br>  Defendant - Appellee. | No. 15-55228<br><br>D.C. No. 3:14-cv-01679-JLS-BGS<br>U.S. District Court for Southern California, San Diego<br><br>**MANDATE** |

The judgment of this Court, entered November 18, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rebecca Lopez
Deputy Clerk

FILED

NOV 18 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LYCURGAN, INC., a California Corporation, DBA Ares Armor,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>TODD JONES, in his official official capacity as Director of the Bureau of Alcohol, Tobacco, and Firearms Enforcement,<br><br>        Defendant - Appellee. | No. 15-55228<br><br>D.C. No. 3:14-cv-01679-JLS-BGS<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: REINHARDT, W. FLETCHER, and N.R. SMITH, Circuit Judges.

     We conclude that the December 17, 2014 order and "judgment" dismissing appellant's claim without prejudice was not intended to be a final and appealable order. *See Montes v. United States*, 37 F.3d 1347, 1351 (9th Cir. 1994) (the "First Judgment" dismissing an action without prejudice "was not intended to be a final and appealable order" where the district court permitted plaintiff to file an amended complaint "*after* entering the First Judgment") (emphasis in original).

     Accordingly, we dismiss this appeal for lack of jurisdiction.

     **DISMISSED.**

SL/MOATT