

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC. d/b/a/ ARES ARMOR,<br><br>　　　　　　　　　　　　**Plaintiff,**<br><br>　　　　　　V.<br><br>B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1–10,<br><br>　　　　　　　　　　　　**Defendant.** | Civil Action No.  14-CV-1679 JLS (BGS)<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DISMISSES WITH PREJUDICE Plaintiff's First Amended Complaint for lack of subject-matter jurisdiction. The Court GRANTS Defendant's Motion To Dismiss (ECF No. 39) and DISMISSES WITH PREJUDICE Plaintiff's First Amended Complaint (ECF No. 34).

| | |
|---|---|
| **Date:**　　　　1/27/16 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By: s/ K. Martin-Brown<br>　　　　　　　　K. Martin-Brown, Deputy |