NAME AND ADDRESS OF ATTORNEY

Scott A. McMillan, CBN 212506
The McMillan Law Firm, APC
4670 Nebo Drive, Suite 200
La Mesa, CA 91941

PHONE: (619) 464-1500

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE  Hon. Janis L. Sammartino                COURT REPORTER

LYCURGAN, INC. d/b/a/ ARES ARMOR,

CIVIL NO. 14-CV-1679 JLS (BGS)

(Appellant/Appellee)       Plaintiff

vs

B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and

NOTICE OF APPEAL       (Civil)

(Appellant/Appellee)       Defendant

Notice is hereby given that  LYCURGAN, INC. d/b/a/ ARES ARMOR

[x] Plaintiff ___ Defendant above named, hereby appeals to the United States Court of Appeals for the:   (check appropriate box)

[x] Ninth Circuit                    [ ] Federal Circuit

from the:   (check appropriate box)

[x] Final Judgment                   [ ] Order (describe)

entered in this proceeding on the  27  day of  January , 20 16 .
Transcripts required        [ ] Yes    [x] No.
Date civil complaint filed:   7/16/14  .

Date: 3/6/16                          /s/ Scott A. McMillan
                                      Signature



# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYCURGAN, INC. d/b/a/ ARES ARMOR, | Civil Action No. 14-CV-1679 JLS (BGS) |
| Plaintiff, | |
| V. | |
| B. TODD JONES, in his official capacity as Head of the San Diego Bureau of Alcohol, Tobacco, Firearms and Explosives; and DOES 1–10, | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DISMISSES WITH PREJUDICE Plaintiff's First Amended Complaint for lack of subject-matter jurisdiction. The Court GRANTS Defendant's Motion To Dismiss (ECF No. 39) and DISMISSES WITH PREJUDICE Plaintiff's First Amended Complaint (ECF No. 34).

Date:  1/27/16

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  K. Martin-Brown
K. Martin-Brown, Deputy